## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Securities & Exchange Commission
          Plaintiff,

v.                 Case No.: 1:24−cv−09842
                 Honorable Matthew F. Kennelly

Cumberland DRW LLC
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 11, 2025:

    MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion for extension of time [40] is granted, but plaintiff should not expect a further extension. Response to motion to dismiss is to be filed by 3/21/2025; reply to response is to be filed by 4/18/2025. The telephonic status hearing set for 3/31/2025 is vacated and reset to 4/28/2025 at 9:05 AM. The following call−in number will be used for the hearing: 650−479−3207; access code 2305−915−8729. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.