# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Securities & Exchange Commission

                              Plaintiff,

v.                                            Case No.: 1:24–cv–09842

                                            Honorable Matthew F. Kennelly

Cumberland DRW LLC

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 19, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly: Joint motion to stay proceedings for three weeks [42] is granted. A joint status report is to be filed on 4/8/2025 unless a stipulation for or notice of dismissal is on file by that date. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.