# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

    Plaintiff,

v.

**CUMBERLAND DRW LLC,**

    Defendant.

Case No. 24-CV-09842 (MFK)

## JOINT STIPULATION TO DISMISS, AND RELEASES

Plaintiff Securities and Exchange Commission (the "Commission" or the "SEC") and Defendant Cumberland DRW LLC ("Defendant") respectfully submit this joint stipulation.

**WHEREAS,** the Commission filed its complaint in this civil enforcement action (the "Litigation") on October 10, 2024.

**WHEREAS,** on January 21, 2025, Acting Chairman Mark T. Uyeda launched a crypto task force dedicated to helping the Commission further develop the regulatory framework for crypto assets.

**WHEREAS,** in light of the foregoing, and in the exercise of its discretion and as a policy matter, the Commission believes the dismissal of this case is appropriate.

**WHEREAS,** the Commission's decision to seek dismissal of this Litigation does not necessarily reflect the Commission's position on any other case.

**WHEREAS,** by this stipulation, the Commission and Defendant agree to have this Litigation dismissed.

**NOW, THEREFORE,**

1. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), the Commission and Defendant stipulate that this Litigation be dismissed with prejudice as to the conduct alleged in the Complaint through the date of the filing of this Stipulation, and without costs or fees to either party.

2. Defendant, for itself and any of its agents, attorneys, employees, or representatives, hereby waive and release:

    a. Any and all rights under the Equal Access to Justice Act, the Small Business Regulatory Enforcement Fairness Act of 1996, or any other provision of law to seek from the United States, or any agency, or any official of the United States acting in his or her official capacity, directly or indirectly, reimbursement of attorney's fees or other fees, expenses, or costs expended by Defendant that in any way relate to the Litigation, including but not limited to investigative steps taken prior to commencing the Litigation.

    b. Any and all claims, demands, rights, and causes of action of every kind and nature, asserted or unasserted, against the Commission and its present and former officers or employees that arise from or in any way relate to the Litigation, including but not limited to investigative steps taken prior to commencing the Litigation.

3. Each of the undersigned represents that they have the authority to execute this stipulation on behalf of the party so indicated.

STIPULATED AND AGREED:

TIMOTHY J. STOCKWELL (DC Bar #484238)
U.S. SECURITIES AND EXCHANGE COMMISSION
175 West Jackson Blvd., Suite 1450
Chicago, Illinois 60604
Telephone: (312) 596-6049
stockwellt@sec.gov

Jonathan D. Cogan
Michael S. Kim
Jeremy O. Bressman (*pro hac vice*)
Brandon C. Bias (*pro hac vice*)
**KOBRE & KIM LLP**
800 Third Avenue
New York, NY 10022
(212) 488-1200
Jonathan.Cogan@kobrekim.com
Michael.Kim@kobrekim.com
Jeremy.Bressman@kobrekim.com
Brandon.Bias@kobrekim.com

2

SAMUEL J. WALDON
Acting Director
ANTONIA M. APPS
Acting Deputy Director
Enforcement Division
U.S. SECURITIES AND EXCHANGE
COMMISSION

*Attorneys for Securities and Exchange Commission*

Dated: March 27, 2025

Evelyn Baltodano-Sheehan (*pro hac vice*)
**KOBRE & KIM LLP**
201 South Biscayne Blvd., Suite 1900
Miami, FL 33131
(305) 967-6100
Evelyn.Sheehan@kobrekim.com

Sydney S. Johnson (*pro hac vice*)
**KOBRE & KIM LLP**
1919 M St. NW, Suite 410
Washington, DC 20002
(202) 664-1900
Sydney.Johnson@kobrekim.com

*Attorneys for Defendant Cumberland DRW LLC*

Dated: March 25, 2025