## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Securities & Exchange Commission

      Plaintiff,

v.            Case No.: 1:24–cv–09842
            Honorable Matthew F. Kennelly

Cumberland DRW LLC

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 31, 2025:

   MINUTE entry before the Honorable Matthew F. Kennelly: Pursuant to the stipulation of dismissal [46], this case is dismissed with prejudice and without costs. Defendant's motion to dismiss for failure to state a claim [28] is terminated. Any hearing dates set before this Court are stricken. Civil case terminated. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.